ENTERED ON DOCKET

SEP 22 2006

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 11 |
| MOUZON ENTERPRISES, INC., | * | |
| | * | CASE NO. 05-86016 (JEM) |
| Debtor. | * | |
| | * | |

### CONSENT ORDER

The Debtor filed an objection to the proof of claim filed by the Georgia Department of Revenue. The Georgia Department of Revenue filed a response to the Debtor's Objection. This matter is scheduled to come before this Court for hearing on September 19, 2006. The parties have discussed the Debtor's Objection and reached agreement as to its resolution; IT IS HEREBY ORDERED as follows:

The Georgia Department of Revenue shall have an allowed claim in the total amount of $204,031.99 consisting of a priority claim in the amount of $174,348.84 and a general unsecured claim in the amount of $29,683.15.

SO ORDERED, this 21st day of Sept, 2006.

JAMES E. MASSEY
United States Bankruptcy Judge
Northern District of Georgia

(signatures continued on next page)

Consented to by:

*/s/ Rodney L. Eason*

Rodney L. Eason, Esq.
The Eason Law Firm
6150 Old National Highway
College Park, Georgia 30349
(770) 909-7200
Ga. Bar No. 237485
Attorney for Debtor


*/s/ Oscar B. Fears, III*

Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 656-3303
Ga. Bar No. 257020
Attorney for Georgia Department of Revenue

## DISTRIBUTION LIST

The Clerk will please serve the following with a copy of the foregoing Order:

Oscar B. Fears, III
40 Capitol Square
Atlanta, Georgia 30334

Rodney L. Eason
6150 Old National Highway
College Park, Georgia 30349