IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MOUZON ENTERPRISES, INC. | ) | CASE NO. 05-86016-jem |
| | ) | |
| Debtor | ) | |

**DEBTOR'S RESPONSE TO MOTION OF HELLER FIRST CAPITAL CORPORATION FOR APPROVAL OF CONSENT ORDER MODIFYING AUTOMATIC STAY BY APPENDING THE APPRAISAL REPORT OF DEBTOR'S PROPERTY**

Debtor Mouzon Enterprises, Inc. files its response to the motion for approval of consent order filed by Heller First Capital by appending the appraisal report of the property housing its auto repair business, as follows:

1.

On January 24, 2007, Heller First Capital Corporation filed a motion to approve consent order modifying automatic stay. The proposed consent order follows on an appraisal report showing Debtor's property at 2492 Martin Luther King, Jr., Drive having a market value lower than Debtor anticipated during the prosecution of this Chapter 11 case. Debtor attaches a copy of the executive summary of the full appraisal report as an exhibit.

This 26th day of January 2007.

                                                      s/Rodney L. Eason
                                                      Rodney L. Eason, Esq.
                                                      Georgia Bar No. 237485
                                                      Attorney for Debtor

THE EASON LAW FIRM
6150 Old National Highway
College Park, Georgia 30349
(770) 909-7200
(770) 909 0644 (fax)
reason@easonlawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of DEBTOR'S RESPONSE TO MOTION OF HELLER FIRST CAPITAL CORPORATION FOR APPROVAL OF CONSENT ORDER MODIFYING AUTOMATIC STAY BY APPENDING THE APPRAISAL REPORT OF DEBTOR'S PROPERTY by email, by fax and by mailing a copy of same (plus the appraisal summary) with sufficient postage affixed thereon to ensure delivery addressed to all interested parties as follows:

        Office of U.S. Trustee
        362 Richard Russell Building
        75 Spring St., S.W.
        Atlanta, GA 30303

| | |
|---|---|
| Sarah A. Wyeth, Esq.<br>Raymond S. Martin, P.C.<br>One Lakeside Commons<br>990 Hammond Drive, Suite 800<br>Atlanta, GA 30328-5511 | Frank J. Perch, III, Esq.<br>Hunter Maclean, Exley & Dunn, P.C<br>200 East Saint Julian Str.<br>P.O. Box 9848<br>Savannah, GA 31412-0048 |
| Richard B. Maner, Esq.<br>Hudnall, Cohn & Abrams, P.C.<br>780 Johnson Ferry Road<br>Suite 200, Centrum at Glenridge<br>Atlanta, GA 30342 | Oscar B. Fears, III, Esq.<br>Assistant Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Castrol USA<br>c/o David R. Wininger<br>125 Trinity Place, Suite 308<br>Decatur, GA 30030 |
| Arthur E. Ferdinand Tax Commissioner<br>141 Prior Street<br>Atlanta, GA 30303<br>BB and T<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Loan Service Center<br>7079 Hayden Quarry Rd.<br>Lithonia, GA 30035<br>Tower Financial Services, Inc.<br>2970 Peachtree Road, Suite 350<br>Atlanta, GA 30305 |

| | |
|---|---|
| Fulton County Tax Commissioner<br>Attn: Damika McClinton<br>141 Pryor Street SW Room<br>Atlanta, GA 30303 | Chase Cardmember Service<br>P.O. Box 15153<br>1113Wilmington, DE 19886-5153 |
| Georgia Department of Revenue<br>Attn: Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 | GE Capital Small Business Finance<br>635 Maryville Centre Dr.<br>Suite 120<br>St Louis, MO 63141-9025 |
| Branch Banking & Trust Company<br>Raymond S. Martin, P.C.<br>990 Hammond Drive<br>Bldg. 1, Suite 800<br>Atlanta, GA 30328 | Amy Reynolds, Dep. Gen. Counsel<br>Meineke Car Care Center, Inc.<br>128 S. Tryon St.<br>Suite 900<br>Charlotte, NC 28202 |
| BB & T of GA Business Loan<br>P.O. Box 580003<br>Charlotte, NC 28258-0003 | Russell Royale<br>7079 Hayden Quarry Road<br>Lithonia, GA 30035 |
| Mouzan Enterprises, Inc.<br>2492 M.L. King Jr. Drive, SW<br>Atlanta, GA 30311 | Glenda Robertson Mouzan<br>P.O. Box 962575<br>Riverdale, GA 30213 |

This 26th day of January 2007.

s/Rodney L. Eason
Rodney L. Eason, Esq.
Georgia Bar No. 237485
Attorney for Debtor

THE EASON LAW FIRM
6150 Old National Highway
College Park, Georgia 30349
(770) 909-7200
(770) 909 0644 (fax)
reason@easonlawfirm.com